MINUTE ENTRY          2:40 p.m.

   U.S.A. -v- JESSICA ALDAN CASTRO

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
   BRUCE BERLINE, ATTORNEY FOR DEFENDANT
   JESSICA ALDAN CASTRO, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE /ARRAIGNMENT

 Attorney Bruce Berline appeared with and on behalf of defendant. Government was represented by Timothy Moran, AUSA.

 Defendant was sworn and advised of the charges against her in the indictment and her constitutional rights.

 Defendant waived reading of the indictment and pled NOT GUILTY to the charges against her. Court ordered  jury trial to begin on MONDAY, August 29,  2005 at 9:00 a.m.  Pretrial motions to be filed no later than July 8, 2005.

 Court, after examination of the defendant, determined that she owned her own property and that it was worth approximately $900,000.  Court, ordered that Attorney Berline would be Court appointed for today's hearing, but that she would need to retain counsel.

 Government called witness:

 MARGARITA WONENBERG. (Probation Officer).  DX. CX.

 Government moved for no bail.  Defense moved for release on bail.

 Court, after hearing all testimony, ordered that the defendant be released on the following conditions:

 1. That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions
 and that she must report at any time as requested;

 2. That the defendant execute a secured bond in the amount of $100,000 cash or real property appraised in that amount and approved by the Court.

 3. The defendant must not leave the island of Saipan without written permission from the Court;

 4. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

 5. That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

 6. That the defendant shall surrender her passport and any other travel documents

and not obtain any other travel documents or passport;

 7. That she refrain from possessing firearms, destructive devices, or other dangerous weapons, and she shall not have these at her residence;

 8. That she refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner;

 9. That defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance;

 10. That the defendant shall refrain from obstructing or attempting to obstruct or tamp, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release;

 11. That the defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer;

 12. That the defendant shall refrain from ANY use of alcohol; and

 13. That the defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution and only when accompanied by her attorney and in the preparation of her defense in this case.

 Further, Court ordered that the defendant may be at liberty but that she has until Wednesday, June 29, 2005 to provide the secured bond for her release.


        Adj. 3:15 p.m.


;    [KLL EOD 06/24/2005]