MINUTE ENTRY            9:34 a.m.

   U.S.A. -v- JESSICA ALDAN CASTRO

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
   BRUCE BERLINE, ATTORNEY FOR DEFENDANT
   JESSICA ALDAN CASTRO, DEFENDANT

PROCEEDINGS: Hearing re: Property Appraisal

 Attorney Bruce Berline appeared with and on behalf of defendant. Government was represented by Jamie Bowers, AUSA.

 Court announced that there had been a Chambers Conference in this matter regarding the defendant's real property.

 Defendant stated that an appraisal for her property could not be obtained by this date; therefore, her father wished to put up his property which was appraised in 1999.

 Court, after verbal stipulation of both parties, ordered the bail reduced to an amount of  $50,000 cash or real property.

 Court instructed the  defendant regarding her court-appointed counsel.  The defendant was ordered to get her property appraised by August 1, 2005.  If the property is appraised at $100,000 as stated then she will be required to pay Attorney Bruce Berline at his regular rate.
Court ordered that the defendant to proceed to the Clerk's Office to process the paperwork.

        Adj. 9: 40 a.m.
;    [KLL EOD 06/29/2005]