F E D
Clerk
District Court

AUG 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Bruce Berline, Esq.
Law Office of Bruce Berline
Lizama Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Jessica Castro

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSICA ALDAN CASTRO<br><br>    Defendant. | CRIMINAL CASE NO. 05-00020<br><br>STIPULATION TO SET MATTER FOR CHANGE OF PLEA HEARING<br><br>Time: 9:00 a.m.<br>Date: August 29, 2005<br>Judge: Munson |

Defendant Jessica Aldan Castro, by and through her attorney, Bruce Berline, Esq., and Plaintiff, by and through the United States Office of the Attorney General, hereby stipulate to request this Court to set this matter for a change of plea hearing on Monday, August 29, 2005 at a time convenient for this Court.

Dated this 24th day of August, 2005.

_____
BRUCE BERLINE
Attorney for Defendant

_____
JAMIE BOWERS
Assistant United States Attorney

**ORDER**

Pursuant to the agreement by the parties, this Court approves of, and grants the above stipulation. Accordingly, it is hereby ordered that a change of plea hearing is set in this matter for Monday, August 29, 2005 at  9:00 AM .

DATED  8-24-05

_____
ALEX R. MUNSON
Chief Judge

**RECEIVED**

AUG 2 4 2005

Clerk
District Court
For The Northern Mariana Islands