FILED
Clerk
District Court

AUG 29 2005

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*************************************************************

CR-05-00020                                                August 29, 2005
                                                           9:06 a.m.

**UNITED STATES OF AMERICA -vs- JESSICA JEAN ALDAN CASTRO**

PRESENT:  HON. ALEX R. MUNSON, JUDGE PRESIDING
          MICHELLE C. MACARANAS, COURTROOM DEPUTY
          SANAE N. SHMULL, COURT REPORTER
          JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
          BRUCE BERLINE, ATTORNEY FOR DEFENDANT
          JESSICA JEAN ALDAN CASTRO, DEFENDANT

PROCEEDINGS:  **CHANGE OF PLEA**

   Defendant appeared with retained counsel, Attorney Bruce Berline. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

   Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings.

   Court reviewed every element of the Indictment with the Defendant. Attorney Berline apprised the Court that defense disputes with the Government as to the exact amount of money taken by the defendant. After all arguments, Court informed the parties that at time of Sentencing, the Court will make the determination as to the exact amount of money taken by the defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY to Count I**. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea.

   Court ordered that a Presentence Investigation Report be submitted by Tuesday, November 1, 2005 and that the **Sentencing hearing be set for TUESDAY, DECEMBER 6, 2005 at 9:00 a.m.**

   Court ordered the defendant remain at liberty under the terms and conditions as previously set by this Court pending Sentencing.

                                          Adjourned at 9:37 a.m.

                                          /s/ Michelle C. Macaranas
                                          Michelle C. Macaranas, Deputy Clerk