F I L E D
Clerk
District Court

AUG 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00020-001 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| JESSICA JEAN ALDAN CASTRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **Tuesday, November 1, 2005.** Sentencing is scheduled for **Tuesday, December 6, 2005** commencing at the hour of nine o'clock a.m.

DATED this 29th day of August, 2005.

_____
ALEX R. MUNSON, Chief Judge