```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              NOV 1 0 2005

LEONARDO M. RAPADAS
United States Attorney                        For The Northern Mariana Islands
JAMIE D. BOWERS                               By_____
Assistant United States Attorney                      (Deputy Clerk)
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 69650-0377
Telephone:   (670) 236-2986
Fax:         (670) 236-2985
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00020 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| JESSICA JEAN ALDAN CASTRO, | Date: |
| Defendant. | Time: |
| | Judge: Alex R. Munson |

This criminal case is presently scheduled for sentencing on December 6, 2005, at 9:00 a.m. The parties hereby stipulate and agree that the sentencing in this matter be continued to **December 15, 2005 at 09:00 a.m.**

DATE: 11/7/05

BRUCE BERLINE
Counsel for Defendant

-1-

```
                                          LEONARDO M. RAPADAS
                                          United States Attorney
                                          District of the Northern Mariana Islands

                                          By, [signature]
DATED: 11/9/5                             _____
                                          JAMIE D. BOWERS
                                          Assistant U.S. Attorney
```

## ORDER

Based upon the Stipulation of counsel, the sentencing in this matter is hereby continued to December 15, 2005 at 9:00 a.m.

**SO ORDERED**, this 10TH day of November, 2005.

[signature]
_____
ALEX R. MUNSON
Chief Judge, United States District Court

RECEIVED
NOV 9 2005

-2-