**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Lizama Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Jessica Castro

FILED
Clerk
District Court
DEC 1 4 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# FOR

# THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00020 |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. ) | |
| JESSICA ALDAN CASTRO ) | Time: 9:30 |
| Defendant. ) | Date: December 29, 2005 |
| ) | Judge: Munson |

Defendant Jessica Aldan Castro, by and through her attorney, Bruce Berline, Esq., and Plaintiff, by and through the United States Office of the Attorney General, hereby stipulate to request this Court to continue the sentencing in this matter, presently set for December 15, 2005, at 9:00 a.m, to December 29, 2005, at 9:30 a.m.

///
///
///
///
///
///

This stipulation is based upon the need of the defense to prepare for sentencing given the fact that the amended presentence investigation report was received on December 12, 2005 and discovery material regarding sentencing was received today, December 13, 2005.

Dated this 13th day of December, 2005.

BRUCE BERLINE
Attorney for Defendant

JAIME BOWERS
Assistant United States Attorney

## ORDER

Pursuant to the above stipulation by the parties, this Court approves of, and grants the above stipulation. Accordingly, it is hereby ordered that the sentencing in this matter, presently set for December 15, 2005, at 9:00 a.m, is hereby continued to December 29, 2005, at 9:30 a.m.

DATED  12-14-2005

ALEX R. MUNSON
Chief Judge

RECEIVED
DEC 1 3 2005
Clerk
District Court
For The Northern Mariana Islands