PS 38
(07/93)

# RELEASE STATUS REPORT TO THE COURT

**DEFENDANT:** Castro, Jessica Aldan  **DOCKET NO.** 05-00020-001

**TO APPEAR ON** December 29, 2005  **FOR** ___ PLEA  ___ TRIAL  ✓ SENTENCING

(SEE ATTACHED PRETRIAL SERVICES REPORT)

**DISTRICT** of the Northern Mariana Islands  **BEFORE JUDGE** Alex R. Munson

**INITIAL APPEARANCE DATE** 6-24-05  **RELEASE DATE** 6-24-05

**MAGISTRATE JUDGE** Honorable Alex R. Munson, Chief Judge

FILED
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By _____
(Deputy Clerk)

**CONDITIONS OF RELEASE:**

| | | | |
|---|---|---|---|
| X | PRETRIAL SUPERVISION | X | SURRENDER PASSPORT |
| ___ | SEEK/MAINTAIN EMPLOYMENT | X | DO NOT OBTAIN PASSPORT |
| X | SUBMIT TO COUNSELING AS DEEMED APPROPRIATE BY PRETRIAL SERVICES | X | REFRAIN FROM EXCESSIVE USE OF ALCOHOL OR ANY CONTROLLED SUBSTANCE WITHOUT A PRESCRIPTION |
| X | DRUG/ALCOHOL MONITORING | | |
| ___ | THIRD PARTY CUSTODY TO | | |

X  TRAVEL RESTRICTIONS   Not leave Saipan without prior written approval from Court

X  OTHER   Avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:..unless accompanied by counsel -

X   Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by licensed medical

X   Refrain from possessing a firearm, destructive device, or other dangerous weapons.

X   Refrain from any use of alcohol

**DEFENDANT HAS MET CONDITIONS OF RELEASE**   X  YES   ___ NO

**CONDITIONS OF RELEASE NOT MET AND THE ACTIVITIES OF THE OFFICER TO BRING THE DEFENDANT INTO COMPLIANCE:**

**RECOMMENDATION:**

December 29, 2005   Margarita DLG. Wonenberg   _[signature]_
DATE   U.S. PRETRIAL SERVICES OFFICER