FILED
Clerk
District Court

DEC 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 05-00020-001    December 29, 2005
                    9:35 a.m.

**UNITED STATES OF AMERICA -V-JESSICA JEAN ALDAN CASTRO**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           JAMIE BOWERS, Assistant U. S. Attorney
           BRUCE BERLINE, Counsel for Defendant
           JESSICA ALDAN CASTRO, Defendant

PROCEEDING:   SENTENCING

Defendant was present with her counsel, Attorney Bruce Berline. Government by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Dana McMahon.

Court inquired whether Attorney Berline was retained by the defendant or court appointed. Attorney Berline answered that he was **retained.**

There were objections to the Presentence Investigation Report and these objections were discussed.

Attorney Berline argued his objections to the PSI report. Government argued and called witness:

**MELINDA BRUNSON** (U.S. Probation Officer). DX. CX. RDX. RCX.

Government called witness:

**DANA McMAHON** (Special FBI Agent). DX. Government moved to admit **Ex. 1** into evidence; over objection, Court so ordered.

Government called witness:

**TAULA PETER** (Office of the Public Auditor). DX. CX.

Government recalled witness:

**DANA McMAHON** (witness recalled to the stand). DX. Government moved to admit Ex. **2A**, B, C, D and E into evidence; over objection, Court ordered that **2A** would be admitted.

Court recessed at 11:00 a.m. and reconvened at 1:30 p.m.

Government called witness:

**FRANCISCO CALVO** (Department of Finance - Treasury). DX. CX. Government moved to admit Ex. 2E into evidence; Defense objected, Court denied the motion. Government moved to admit **Ex. 2F** into evidence; no objection, Court so ordered.

Government called witness:

**TOMMY A. TORRES** (LIIDS - Labor & Immigration). DX. . Government moved to admit **Ex. 2B** into evidence. Defense objected and requested to voir dire the witness. Court so ordered. Defense conducted voir dire. Further DX by Government.

Government recalled witness:

**TAULA PETER**. (Office of the Public Auditor) DX. Government moved to admit **Ex. 2B** and **Ex. 2C** into evidence. Defense objected and requested to voir dire the witness. Court so ordered. Defense conducted voir dire. Government moved to admit **Ex. 2B and 3C** into evidence; Defense objected and Court **denied** the admission. Government again offered Ex. 2B and 3C into evidence. Court denied the admission. Government moved to admit **Ex. 2D** into evidence. Defense objected and requested to voir dire the witness. Court so ordered. Defense conducted voir dire. Government again moved for the admission of Ex.'s. Court denied the admission of the Ex's offered.

Government recalled witness:

**DANA McMAHON.** DX. Government offered **Ex. 4A and 4B** into evidence; over objection, Court so ordered. CX. During Attorney Berline's CX there was reference to Government's Ex's 3C and 3E; Government moved that **Ex. 3C and 3E** be admitted into evidence as joint exhibits; Court so ordered. Defense moved Government's **Ex. 3A** into evidence; Court so ordered. Defense moved Government's **Ex. 3B** into evidence; Court so ordered. Defense offered **Ex. B** into evidence; there being no objection, Court so ordered.

Government argued the base offense level in this sentencing. Defense argued. Court did not find that the Government proved that the defendant stole $26, 070. Defense admitted to theft of $11,120. Court stated that the amount of restitution owed would be shown as **$11,120.**

Court adopted the presentence investigation report, as amended, and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed. The probation officer's recommendation shall also be placed under seal. No objection by the parties.

Government had no objection to the advisory guidelines that the Court intends to be guided; Defense had not objections. Court adopted the advisory guidelines.

Government recommended that this defendant receive a sentence of incarceration and an order of restitution. Defense recommended 3-4 years probation and no fine.

Defendant gave her allocution to the Court.

Court did find that the defendant did accept responsibility and ordered that the offense level would be found at level 8.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant **JESSICA ALDAN CASTRO** is hereby sentenced to 6 months imprisonment . After release from imprisonment defendant shall be placed on three years supervised release. The term of supervised release will require that the defendant comply with the following conditions:

1. The defendant shall not commit another federal, state, or local crime;

2. The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. She shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter not to exceed eight tests per month as directed by the U.S. Probation Office;

3. The defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office;

4. The defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. §3563;

5. The defendant shall be prohibited from possessing a firearm or other dangerous weapon or having such weapon(s) at her residence;

6. The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of drugs or alcohol. The defendant shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office;

7. The defendant shall refrain from the use of alcohol;

8. The defendant shall seek and maintain gainful employment; and

9. The defendant shall pay for the cost of her supervision, after release from imprisonment, at the rate of **$287.73** per month.

Pursuant to U. S. S. G. §5E1.1(a)(1) and 18 U.S.C. §3663, the defendant shall make restitution in the amount of **$11,120.** Payment shall be made to the U.S. District Court of the Northern Mariana Islands, attention: Clerk of Court, for disbursement to the victim at CNMI Department of Finance, P.O. Box 5234, Saipan, MP 96950.

It was further ordered that the defendant pay to the United States a special assessment fee of **$100** to be paid immediately after sentencing.

Further, it was ordered that the defendant pay a fine of **$10,000** which is due immediately after sentencing.

No objection to the sentence by the attorneys. Defendant was advised that she had waived her right to appeal but that if she or her attorney found any reason in which to appeal she has 10 days in which to do so. Further, she was advised that if she cannot afford an attorney for the appeal the Court will appoint on for her.

Defendant was released on the terms and conditions previously set with the added condition that she contact the U.S. Marshal (by telephone or in person) every Monday, Wednesday and Friday between the hours of 9 and 11 a.m., and that she shall surrender for service of sentence as notified by the U.S. Marshal.

Adj. 4:20 p.m.

K. Lynn Lemieux, Courtroom Deputy

**Department of Labor and Immigration Void Receipts**

| NO. | DATE | BATCH | PAYOR | RCPT # | TENDER TYPE | AMOUNT | VOIDED AMT | RCPT REPLCED Y/N | REPLCE D RCPT # | REPLCD AMT | TENDER TYPE | MISSING COLLECTION | PERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/18/02 | 400 | JBCR Inc. | 682790 | K | $245.00 | $245.00 | N | | | | $ 245.00 | Franklin |
| 2 | 02/25/03 | | Idip Naruse | 726123 | C | $225.00 | $225.00 | Y | 726860 | $225.00 | CC | $ 225.00 | Veronic |
| 3 | 04/09/03 | 537 | Saipan Marine Corp | 754400 | C | $225.00 | $225.00 | Y | 755084 | $225.00 | CC | $ 225.00 | Guillerr |
| 4 | 04/09/03 | 537 | Sioco, Joselito Pineda | 754404 | C | $25.00 | $25.00 | N | | | | $ 25.00 | Robert |
| 5 | 04/10/03 | | GPPC Inc. | 755783 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Anita Q |
| 6 | 04/25/03 | 559 | GPPC Inc. | 765464 | C | $225.00 | $225.00 | Y | 766092 | $225.00 | CC | $ 225.00 | Anita Q |
| 7 | 04/25/03 | 559 | Dong Guk Corp. | 766018 | C | $225.00 | $225.00 | Y | 766103 | $225.00 | CC | $ 225.00 | Ijulinda |
| 8 | 05/23/03 | 591 | Winchells Inc. | 785460 | C | $450.00 | $450.00 | N | | | | $ 450.00 | Adelaid |
| 9 | 05/30/03 | 596 | The Q Corporation | 789887 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Ijulinda |
| 10 | 06/23/03 | 620 | Guangdong Dev. Corp. | 803725 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Yezhen |
| 11 | 06/23/03 | 620 | Kim Os Soon | 803620 | C | $200.00 | $200.00 | N | | | | $ 200.00 | Robert |
| 12 | 07/01/03 | 626 | Elephant Corp | 808217 | C | $675.00 | $675.00 | Y | 808220 | $225.00 | C | $ 450.00 | Cecilia |
| 13 | 07/03/03 | 628 | Sina P. Church | 810215 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Sina Ch |
| 14 | 07/03/03 | 628 | Angel's Intl. Sch of Dance | 810695 | C | $900.00 | $900.00 | Y | 810704 | $450.00 | C | $ 450.00 | Ramona |
| 15 | 07/08/03 | 630 | Cargo Express Saipan | 812085 | K | $450.00 | $450.00 | N | | | | $ 450.00 | Rafael D |
| 16 | 07/08/03 | 630 | Doko Saipan Inc. | 811774 | C | $450.00 | $450.00 | Y | 812449 | $450.00 | K | $ 450.00 | Luisa Q |
| 17 | 07/17/03 | | Waldo Ednalyn | 818353 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Ednalyn |
| 18 | 07/29/03 | 646 | Saipan World Resort | 825453 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Martinez |
| 19 | 07/31/03 | 648 | Saipan World Resort | 827779 | C | $450.00 | $450.00 | Y | 827774 | $225.00 | C | $ 225.00 | Martinez |
| 20 | 08/04/03 | 650 | Rosalina Camacho | 831464 | C | $675.00 | $675.00 | Y | 831697 | $450.00 | C | $ 225.00 | Romeo |
| 21 | 08/04/03 | 650 | Sako Corp | 831303 | C | $150.00 | $150.00 | N | | | | $ 150.00 | Robert S |
| 22 | 08/07/03 | 653 | Sara Enterprises | 834223 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Ijulinda |
| 23 | 08/07/03 | 653 | Sako Corp | 833660 | C | $250.00 | $250.00 | N | | | | $ 250.00 | Howard |
| 24 | 08/19/03 | | Marianas Fashion Inc. | 840867 | C/K | $2,250.00 | $2,250.00 | Y | 840962 | $2,025.00 | C | $ 225.00 | Ursula G |
| 25 | 08/21/03 | | Samuel M. Muleta | 841764 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Bumpen |
| 26 | 08/25/03 | 664 | APEX | 843629 | C | $450.00 | $450.00 | Y | 843631 | $225.00 | C | $ 225.00 | Mario Br |
| 27 | 09/05/03 | 675 | Eliseo M. Castro | 850576 | C | $450.00 | $450.00 | Y | 850623 | $450.00 | K | $ 450.00 | Eliseo C |
| 28 | 09/05/03 | 675 | Winchells Inc. | 850646 | C | $675.00 | $675.00 | Y | 850654 | $675.00 | K | $ 675.00 | Adelaida |
| 29 | 09/12/03 | | U.S. Fashion Group, Inc. | 854559 | C | $450.00 | $450.00 | Y | 854783 | $450.00 | K | $ 450.00 | Ijulinda T |
| 30 | 09/15/03 | | Leon Guerrero, Juan | 855048 | C | $225.00 | $225.00 | Y | 855699 | $225.00 | K | $ 225.00 | Juana D |
| 31 | 09/18/03 | 694 | ASG Corp | 857630 | C | $225.00 | $225.00 | N | | | | $ 225.00 | Britilla A |
| 32 | 09/22/03 | 698 | Saipan Dolphin Corp | 859421 | C | $675.00 | $675.00 | Y | 859906 | $225.00 | C | $ 450.00 | Juan Q. |
| 33 | 09/22/03 | 698 | Sarah Serrano | 859807 | C | $225.00 | $225.00 | Y | 859885 | $225.00 | K | $ 225.00 | Sarah Se |

**Department of Labor and Immigration Void Receipts**

| NO. | DATE | BATCH | PAYOR | RCPT # | TENDER TYPE | AMOUNT | VOIDED AMT | RCPT REPLCED Y/N | REPLCED RCPT # | REPLCD AMT | TENDER TYPE | MISSING COLLECTION | PERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 09/24/03 | | Saipan Hotel Corp | 860868 | C | $225.00 | $225.00 | Y | 861495 | $225.00 | K | $225.00 | Maria A |
| 35 | 09/29/03 | 707 | Hotel Nikko Saipan | 863282 | C | $450.00 | $450.00 | Y | 863292 | $450.00 | K | $450.00 | Ramor |
| 36 | 09/29/03 | 707 | Give & Take Corp | 863448 | C | $225.00 | $225.00 | Y | 863565 | $225.00 | K | $225.00 | Ijulinda |
| 37 | 10/09/03 | 725 | Saipan World Resort | 870216 | C | $450.00 | $450.00 | Y | 870227 | $450.00 | C/K | $450.00 | Martine |
| 38 | 10/09/03 | 725 | Power Corporation | 869793 | C | $225.00 | $225.00 | Y | 869913 | $225.00 | K | $225.00 | Ijulinda |
| 39 | 10/14/03 | 728 | Saipan Hotel Corp | 871260 | C | $675.00 | $675.00 | N | | | | $675.00 | Maria A |
| 40 | 10/30/03 | 751 | Aviation Services | 882354 | C | $450.00 | $450.00 | Y | 882359 | $225.00 | C | $225.00 | Rellani |
| 41 | 10/30/03 | 751 | Jong Oh Kim | 882073 | C | $150.00 | $150.00 | N | | | | $150.00 | Robert |
| 42 | 10/30/03 | 751 | Jin Joo Corp | 882821 | C | $100.00 | $100.00 | N | | | | $100.00 | Robert |
| 43 | 10/31/03 | | Pacific Development Inc. | 884320 | K | $900.00 | $900.00 | Y | 884336 | $225.00 | K | $675.00 | Lorrain |
| 44 | 11/07/03 | 762 | Saipan Hotel Corp | 888477 | C | $225.00 | $225.00 | N | | | | $225.00 | Maria A |
| 45 | 11/10/03 | 764 | Evergreen Ent., Inc. | 889623 | C | $450.00 | $450.00 | Y | 889690 | $225.00 | C | $225.00 | Evelyn |
| 46 | 11/10/03 | 764 | Tano Group Inc. | 889567 | C | $450.00 | $450.00 | Y | 889574 | $50.00 | C | $400.00 | Joseph |
| 47 | 11/14/03 | 770 | Eric A Cruz | 891543 | C | $225.00 | $225.00 | Y | 891954 | $225.00 | K | $225.00 | Norma |
| 48 | 11/14/03 | 770 | He Cheng Corp | 892029 | C | $450.00 | $450.00 | Y | 892120 | $225.00 | C | $225.00 | Tony Y |

| NO. | DATE | | EMPLOYER | RCPT # | | AMOUNT | VOIDED AMT | | | | | MISSING COLLECTION | EMPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 05/13/02 | | Lizama, Feng Ying Wang | 549398 | C | $225.00 | $225.00 | | | | | $225.00 | Jin E |
| 50 | 09/06/02 | | Vicente Sablan | 623026 | C | $225.00 | $225.00 | | | | | $225.00 | Nancy |
| 51 | 09/20/02 | | Power Corporation | 623396 | C | $225.00 | $225.00 | | | | | $225.00 | Sook Ja |
| 52 | 09/20/02 | | Changshin Resort | 631214 | C | $225.00 | $225.00 | | | | | $225.00 | Jaime S |
| 53 | 12/06/02 | | Leonard C. Ramos | 677574 | C | $225.00 | $225.00 | | | | | $225.00 | Domina |
| 54 | 12/10/02 | | Ellis Esperanza | 678356 | C | $100.00 | $100.00 | | | | | $100.00 | Esperar |
| 55 | 12/13/02 | | Temoteo Sasot Paez | 680555 | C | $225.00 | $225.00 | | | | | $225.00 | Dyessel |
| 56 | 12/19/02 | | Genaro Inting | 683785 | C | $225.00 | $225.00 | | | | | $225.00 | Allen M |
| 57 | 12/23/02 | | Yun Juan Lu | 685231 | C | $100.00 | $100.00 | | | | | $100.00 | Yun Yua |
| 58 | 12/24/02 | | Bienvenida Barasi | 685458 | C | $225.00 | $225.00 | | | | | $225.00 | Ma. The |
| 59 | 12/26/02 | | Geraldine R. Sablan | 686355 | C | $225.00 | $225.00 | | | | | $225.00 | Vivian V |
| 60 | 01/03/03 | | Mariana R. Concepcion | 689825 | C | $225.00 | $225.00 | | | | | $225.00 | Prodip F |
| 61 | 01/17/03 | | Aqua Resort Club Spn Co. | 698955 | C | $200.00 | $200.00 | | | | | $200.00 | Yoriko S |

| | DATE | EMPLOYER | RCPT # | | AMOUNT | VOIDED AMT | | | | | MISSING COLLECTION | EMPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 12/23/02 | Yun Juan Lu | 685231 | C | $100.00 | $100.00 | | | | | $100.00 | Yun Yu |
| 58 | 12/24/02 | Bienvenida Barasi | 685458 | C | $225.00 | $225.00 | | | | | $225.00 | Ma. Th |
| 59 | 12/26/02 | Geraldine R. Sablan | 686355 | C | $225.00 | $225.00 | | | | | $225.00 | Vivian |
| 60 | 01/03/03 | Mariana R. Concepcion | 689825 | C | $225.00 | $225.00 | | | | | $225.00 | Prodip |
| 61 | 01/17/03 | Aqua Resort Club Spn Co. | 698955 | C | $200.00 | $200.00 | | | | | $200.00 | Yoriko |
| 62 | 01/17/03 | Greenfield Corporation | 699596 | C | $225.00 | $225.00 | | | | | $225.00 | Ziyu Lir |
| 63 | 01/24/03 | Carolyn Sablan Salas | 703894 | C | $225.00 | $225.00 | | | | | $225.00 | Marites |
| 64 | 02/07/03 | Victoria T. Tudela | 715912 | C | $225.00 | $225.00 | | | | | $225.00 | Marichu |
| 65 | 02/12/03 | Fe R. Cabrera | 718303 | C | $450.00 | $450.00 | | | | | $450.00 | Guadal |
| 66 | | Fe R. Cabrera | 718303 | | | | | | | | | Ciriaco |
| 67 | 03/03/03 | Sandcastle Saipan Inc. | 730121 | C | $100.00 | $100.00 | | | | | $100.00 | Nena A |
| 68 | 03/12/03 | Win Guide Color Printg Co. | 736986 | C | $225.00 | $225.00 | | | | | $225.00 | Zhi Hai |
| 69 | 04/11/03 | Far Ocean Corporation | 756744 | C | $450.00 | $450.00 | | | | | $450.00 | Ji Di Li |
| 70 | | Far Ocean Corporation | 756744 | | | | | | | | | Yan Ho |
| 71 | 04/21/03 | Noreta V. Pamintuan | 762332 | C | $225.00 | $225.00 | | | | | $225.00 | Eleanor |
| 72 | 04/28/03 | Han Ho Corporation | 766632 | C | $225.00 | $225.00 | | | | | $225.00 | Reynald |
| 73 | 04/30/03 | Belinda B. Mendiola | 769605 | C | $225.00 | $225.00 | | | | | $225.00 | Gloria L |
| 74 | 05/06/03 | Paradi Ent. Inc. | 774570 | C | $225.00 | $225.00 | | | | | $225.00 | Dong Si |
| 75 | 05/06/03 | Fe R. Cabrera | 774939 | C | $225.00 | $225.00 | | | | | $225.00 | Fortuna |
| 76 | 05/27/03 | Daniel Tydingco | 784927 | C | $225.00 | $225.00 | | | | | $225.00 | Victoria |
| 77 | 06/02/03 | Xou Corporation | 790289 | C | $450.00 | $450.00 | | | | | $450.00 | Li Ping |
| 78 | | Xou Corporation | 790289 | | | | | | | | | He Ron |
| 79 | 06/06/03 | Felipe N. Babauta | 794076 | C | $450.00 | $450.00 | | | | | $450.00 | Jimmy |
| 80 | | Felipe N. Babauta | 794076 | | | | | | | | | Rudy Qu |
| 81 | 06/16/03 | Achuman Inc. | 799275 | C | $675.00 | $675.00 | | | | | $675.00 | Delbeth |
| 82 | | Achuman Inc. | 799275 | | | | | | | | | Linda D |
| 93 | | Achuman Inc. | 799275 | | | | | | | | | Maria S |
| 84 | 06/26/03 | Eric A. Cruz | 806010 | C | $225.00 | $225.00 | | | | | $225.00 | Randy J |
| 85 | 06/27/03 | RR Corporation | 806287 | C | $225.00 | $225.00 | | | | | $225.00 | Rubie B |
| 86 | 07/30/03 | Eric Palacios | 826249 | C | $450.00 | $450.00 | | | | | $450.00 | Judy Mc |
| 87 | | Eric Palacios | 826249 | | | | | | | | | Jovin M |
| 88 | 08/06/03 | Zhong Guang Corporation | 833423 | C | $450.00 | $450.00 | | | | | $225.00 | Guo Lia |
| 89 | | Zhong Guang Corporation | 833423 | | | | | | | | | Qiong A |

| # | DATE | EMPLOYER | RCPT # | | AMOUNT | VOIDED AMT | | | | | MISSING COLLECTION | EMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 08/15/03 | American Sunny Corporation | 838861 | C | $225.00 | $225.00 | | | | | $225.00 | Jin Xia |
| 91 | 08/18/03 | Xou Corporation | 839939 | C | $225.00 | $225.00 | | | | | $225.00 | Jie Zh |
| 92 | 08/18/03 | Xou Corporation | 839939 | C | $225.00 | $225.00 | | | | | $225.00 | Ren Q |
| 93 | 08/18/03 | Xou Corporation | 839939 | C | $450.00 | $450.00 | | | | | | Wei W |
| 94 | 08/19/03 | Juan R. Cabrera | 840724 | C | $675.00 | $675.00 | | | | | $225.00 | Yun-Li |
| 95 | 08/21/03 | U.S. 168 Corporation | 842371 | C | $450.00 | $450.00 | | | | | $450.00 | Xiu Lia |
| 96 | | U.S. 168 Corporation | 842371 | | | | | | | | | Hai Yir |
| 97 | 08/26/03 | Mariano K. Pangelinan | 844254 | C | $225.00 | $225.00 | | | | | $225.00 | Ling Li |
| 98 | 09/02/03 | Vicente M. Aldan | 848211 | C | $675.00 | $675.00 | | | | | $450.00 | Bo Hu |
| 99 | | Vicente M. Aldan | 848211 | | | | | | | | | Muron |
| 100 | | Vicente M. Aldan | 848211 | | | | | | | | | Zhong |
| 101 | 09/16/03 | Aloha Corporation | 855984 | C | $225.00 | $225.00 | | | | | $225.00 | Tae Hv |
| 102 | 09/17/03 | You Won Trading | 857344 | C | $675.00 | $675.00 | | | | | $450.00 | Hong N |
| 103 | | You Won Trading | 857344 | | | | | | | | | Yushu |
| 104 | | You Won Trading | 857344 | | | | | | | | | Guang |
| 105 | 09/18/03 | ASG Corporation | 857630 | C | $225.00 | $225.00 | | | | | $225.00 | Alejanc |
| 106 | 10/24/03 | Yong He Pacific Corporation | 878520 | C | $450.00 | $450.00 | | | | | $225.00 | Li Ping |
| 107 | | Yong He Pacific Corporation | 878520 | | | | | | | | | Ya Ping |
| 108 | 10/24/03 | JSJ Corporation | 878764 | C | $450.00 | $450.00 | | | | | $225.00 | Fang B |
| 109 | | JSJ Corporation | 878764 | | | | | | | | | Hong Y |
| 110 | 10/27/03 | Terry Corporation Ltd | 879533 | C | $450.00 | $450.00 | | | | | $225.00 | Chen H |
| 111 | | Terry Corporation Ltd | 879533 | | | | | | | | | Jian Mi |
| 112 | 10/29/03 | SYS Corporation | 881351 | C | $100.00 | $100.00 | | | | | $100.00 | Rainer |
| 113 | 10/31/03 | Mariano Pangelinan | 883488 | C | $450.00 | $450.00 | | | | | $225.00 | De Zhu |
| 114 | | Mariano Pangelinan | 883488 | | | | | | | | | Hong F |
| 115 | 11/06/03 | Darl Corporation | 887444 | C | $225.00 | $225.00 | | | | | $225.00 | Jang L |
| 116 | 11/12/03 | Mary Grace Sandoval | 890622 | C | $100.00 | $100.00 | | | | | $100.00 | Mary G |

Total Amount    $   26,970.00



GOVERNMENT EXHIBIT

# Office Public Auditor
## Report of Interview

Case no: __2004-031__

| Person Interviewed: | Date of Birth: | Social Security # |
|---|---|---|
| Adelaida L. Ignacio | ■ | ■ |
| **Place Of Employment:** | **Official Title:** | **How Long w/ this Employer** |
| Winchells Inc. | Store Manager | 17yrs |
| **Home Phone #** | **Work Phone #** | **Home Address** |
| N/A | N/A | N/A |

On April 12, 2004 at about 10:10 am, OPA Investigator's Taula Peter and Rolando Decena interviewed Mrs. Adelaida L. Ignacio at the Winchells store in Susupe. Mrs. Ignacio is currently working as a Store Manager for the company. Mrs. Ignacio has been working for Winchells since 1987. After being advised as to the nature of the interview, Mrs. Ignacio provided the following information:

Mrs. Ignacio was shown a copy of Treasury receipt #785460 and asked to verify if it was a receipt for Winchells. She verified that the receipt was for the company and presented a copy of the receipt #785460 and voucher #1408610, to the investigators. She said that the receipt, receipt #785460, was for the payment of Juanita Siriban and Danilo Sabio's applications. She said that she paid $450 in cash to the cashier for the two applications. She received the receipt #785460 from the cashier and submitted it to the processing window. The payment was for a one year renewal for each employee.

Mrs. Ignacio said that receipt #785460 was not voided by the cashier because she gave the receipt to the processing window and the Labor employee used the receipt, #785460, to process the applications.

Mrs. Ignacio said that they always pay with cash. She said that they did not use a credit card for the payment made here.

Mrs. Ignacio said that the cashier that processed this payment was the young cashier and she can identify her if she sees her.

Mrs. Ignacio provided a copy of receipt #785460 and voucher #1408610 to the investigators.

Criminal Investigator _[signature]_    Date: 4/13/04    OPA Criminal Case #: __2004-031__
Supervisors Signature: _____    Date: _____    OPA Form 302

```
2=Change     4=Void Payment    5=View Payment     6=Payment Receipt
7=Detailed Receipt   10=Comments     27=Amnesty

    785460
   Receipt     Tran Date   Trn Time      Trans Amount    Received By
   000785460   5/23/2003   9:57:04               .00     TRDJAC1              Void
_  Received From                                                     Loc  Batch
   WINCHELLS INC                                                     0002 00000591
   Void User: TRDJAC1     Void Date:  5/23/03 Void Time: 15:43:59

   000785464   5/23/2003   9:58:09            450.00     TRDJAC1
_  Received From                                                     Loc  Batch
   C T S I INC.                                                      0002 00000591
                                                                                 +




F3=Exit    F13=Fast Exit    F14=Sort by Tran Date    F15=Sort by Taxpayer Name
F16=Sort by User
```



GOVERNMENT
EXHIBIT
7/A
CR05-00020

GOVERNMENT EXHIBIT
4B
CR 05-00020



GOVERNMENT EXHIBIT 3C CR05-00020

SERIAL № 1411708

## CNMI DEPARTMENT OF LABOR AND IMMIGRATION

### APPLICATION FEES

1. NEW ———————— $ 200.00 x _____ = _____
2. RENEW ——✓———— $ 200.00 x __10__ = 2,000.00
3. EXTENSION ————— $ 10.00 x _____ = _____
4. IMMIGRATION ——✓— $ 25.00 x __10__ = 250.00
5. TRANSFERRED RELIEF $ 200.00 x _____ = _____
6. 2 YRS. PERMIT ————— $ 400.00 x _____ = _____
7. PENALTY ————— $ _____ x _____ DAYS _____ = _____

EMPLOYER: Marianas Fashion Inc.
EMPLOYEE(S) See attachment
(10) renewal app.

### OTHER FEES

8. COMPLAINT ————— $ 20.00
9. APPEAL ————— $ 25.00
10. REPRODUCTION ___ pgs. x $0.50
11. DUPLICATE LABOR IDENTIFICATION CERTIFICATE $40.00 ea x ___
12. TRANSCRIPT FEE:
    • ORIGINAL ___ pgs. x $1.50
    • COPY ___ pgs. x $0.50
13. OTHER

TOTAL = $2,250.00
FOR: (10) renewal app.
ACCOUNT NO. _____

INITIAL: OX
RECEIPT NO. 840867
DATE: 8/19/03

```
MARIANA FASHIONS, INC.                FIRST HAWAIIAN BANK         59-306/1214 12    12198
P.O. BOX 501417 PH. 670-234-8607/9         OLEAI CENTER
SAIPAN, MP 96950                         CHALAN LAULAU            DATE
                                         SAIPAN, MP 96950
                                                                        8/18/2003

                                                                 AMOUNT

                                                       $            2,025.00

                *** Two Thousand Twenty Five and 00/100 ***

PAY
TO THE          CNMI Treasurer
ORDER
OF:

                                                   [signature]
                                                 AUTHORIZED SIGNATURE

    ⑈012198⑈  ⑆121403065⑆   12⑈011938⑈           ⑈00 00 20 2500⑈
```





GOVERNMENT EXHIBIT 3E CR05-00020

GOVERNMENT EXHIBIT 3A CR05-00020

GOVERNMENT EXHIBIT 3B CR 05-00020

## MARIANA FASHIONS INC.
Name of the Company

### RENEWAL AFFIDAVIT

I, Kwon Myung Hee (Helen) in my capacity as General Manager of the above-named company declare that the following statement is true and complete.

### I. TOTAL WORK FORCE

Number of U.S. Citizen or permanent resident as of date _____

Number of Non-resident workers on-island as of date: 197

Applications(s) with DCL: Renewal: _____

[DEPARTMENT OF LABOR stamp AUG 19 2003]

### II. RENEWAL

(Attach work permit in the order listed in affidavit)

For Health

| | Name of Employees: | Permit No. | Nationality. |
|---|---|---|---|
| 1. | Hwang, Chun Bong /on Apt Heal | 184819 8-30-03 | Korean |
| 2. | Li, Jin Hua on W.P | 174291 8-30-03 | Chinese Valid |
| 3. | Liu, Xianglan / W.P | 133003 8-19-03 | Chinese |
| 4. | Barroga, Nancy on W-Health | 153436 8-29-03 | Filipina |
| 5. | Ermelanda B. Olita on W.P | 151421 8-29-03 | Filipina |
| 6. | Delia, Bayas on W-Hulk | 153436 8-29-03 | Filipina |
| 7. | Remedios, Oscariz on W Health | 153426 8-29-03 | Filipina |
| 8. | Leonora, Liwanag on W-Hlth | 153432 9-20-03 | Filipina |
| 9. | Nida, Lesdesma on W.P | 153435 8-29-03 | Filipina |
| 10. | Di, Na ✓ Healthy W-P | 102544 8-27-03 | Chinese |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |

| | | | |
|---|---|---|---|
| 8/18/2003 CNMI Treasurer | | 9 renewal for Aug. | $ 2,025.00 |

Castro 00766

## PAYMENT REQUEST

| DESK | Manager | General Manager | Director | President |
|---|---|---|---|---|
| | | Helen | | |

Would you permit following statement.

Amount *Two Thousand Twenty Five Dollars* $ 2,025.

| EXPLANATION | payable place | quantity | a unit cost | expense amount |
|---|---|---|---|---|
| Aug. 03 Expiration | | | | |
| CNMI Treasurer | | | | |
| | TL | 9 | | $2,025. |

Received above item
Date 8-16-03

Department:
Name: U. Galvan

*Mariana Fashions, Inc.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | | | 31-Aug-03 | 600038 | | RESIGND ON APR/13 |
| 16 | FENG, HAI RONG | M | | 600125 | | RESIGND ON MAR/16 |
| 17 | YIN XIONG NAN | M | | 600248 | | RESIGND ON FEB/25 |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | Missing | | | | 5/12 | |
| 21 | | | | | | |
| 22 | | | | | | |

EXHIBIT B