PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

FILED
Clerk
District Court
JAN 17 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Margarita DLG Wonenberg
US Probation Officer
4th Floor Horiguchi Bldg.
P.O. Box 502089
Saipan, MP 96950

[ ] Original Notice
Date: _____
BY: _____

[X] Disposition of Original Notice
Date: June 24, 2005
BY: Judge Alex R. Munson

---

Defendant: **Jessica Jean Aldan Castro**   Case Number: **05-00020-001**
Date of Birth: **XX/XX/1975**   Place of Birth: **Northern Mariana Islands**
SSN: **XXX-XX-0986**

---

**NOTICE OF COURT ORDER** (Order Date: _____)

[ ] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court