FILED
Clerk
District Court

MAR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>        Plaintiff, ) <br> vs. ) <br> ) <br> CASTRO, JESSICA JEAN ) <br>        Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00020-001 <br><br> APPLICATION AND ORDER FOR <br> RELEASE OF PASSPORT |

    COMES NOW, U.S. Probation Officer Margarita Wonenberg, in the above-captioned case and requests for the release of U.S. Passport No. 121078013 held by the Court.

    Dated this _10th_ day of March, 2006.

_____
MARGARITA WONENBERG
U.S. Probation Officer

## ORDER

    On the application of U.S. Probation Officer Margarita Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to defendant Jessica Jean Castro.

    Dated this _13th_ day of March, 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands