1  CASTRO_J.stpgar

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN MARIANA ISLANDS
10
    UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 05-00020
11                                   )
              Plaintiff,             )
12                                   )
         vs.                         )    **STIPULATED MOTION FOR WRIT**
13                                   )    **OF CONTINUING GARNISHMENT**
    JESSICA JEAN ALDAN CASTRO,       )
14                                   )
              Defendant,             )
15  _____)
                                     )
16  FIRST HAWAIIAN BANK,             )
                                     )
17            Garnishee.             )
    _____)
18

19         WHEREAS Defendant, JESSICA JEAN ALDAN CASTRO, P.O. Box XXXXXX CK,

20  Saipan, MP 96950, Social Security Number XXX-XX-6853, account holders, Frank C. Castro,

21  Social Security Number XXX-XX-5020 and Julie A. Castro, Social Security Number

22  XXX-XX-5070, have requested that monies available in account holders, Frank C. Castro and

23  Julie A. Castro, account number XX-XX1583, in the amount of $100.00 per month beginning

24  October 1, 2006 and continuing thereafter on the 1st of every month, be made payable to the

25  Clerk, U.S. District for the NMI for payment toward Defendant JESSICA JEAN ALDAN

26  CASTRO's restitution, fine and cost of supervision that are due and owing;

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, JESSICA JEAN
2  ALDAN CASTRO, and account holders, Frank C. Castro and Julie A. Castro hereby jointly
3  move the Court for an order of a writ of continuing garnishment on the monies available in
4  account holders, Frank C. Castro and Julie A. Castro, account number XX-XX1583, in the
5  amount of $100.00 per month, beginning October 1, 2006 and continuing thereafter on the 1st
6  of every month, until Defendant JESSICA JEAN ALDAN CASTRO's restitution, fine and
7  cost of supervision obligations are paid in full.

8  The parties further agree that this garnishment may thereafter be terminated at the request
9  of account holders, Frank C. Castro and Julie A. Castro.

10
11  Dated: 9-22-06

JESSICA JEAN ALDAN CASTRO
12  Defendant

13
14  Dated: 9/22/06

Frank C. Castro
Account holder

15
16  Dated: 9-22-06

Julie A. Castro
17  Account holder

18
19  LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

20
21  Dated: 9/22/06   By: _____
MARIVIC P. DAVID
22  Assistant U.S. Attorney

23  APPROVED:

24  F. MICHAEL CRUZ
Chief Probation Officer
25  Districts of Guam and the NMI

26  By: _____
MARGARITA WONENBERG
U.S. Probation Officer

- 2 -