CASTRO_J.writ

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

F I L E D
Clerk
District Court

SEP 27 2006

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br>JESSICA JEAN ALDAN CASTRO,    )<br>                              )<br>            Defendant,        )<br>_____)<br>                              )<br>FIRST HAWAIIAN BANK,          )<br>                              )<br>            Garnishee.        )<br>_____)  | CRIMINAL CASE NO. 05-00020<br><br>**WRIT OF CONTINUING GARNISHMENT** |

    Upon stipulated motion of Plaintiff, Defendant and account holders for an order of Writ of Continuing Garnishment on account holders Frank C. Castro and Julie A. Castro's account number XX-XX1583, in the amount of $100.00 per month, beginning October 1, 2006 and continuing thereafter on the 1st of every month.

//

//

- 2 -

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XX-XX1583, in the amount of $100.00 per month of account holders Frank C. Castro, Social Security Number XXX-XX-5020 and Julie A. Castro, Social Security Number XXX-XX-5070, beginning October 1, 2006 and continuing thereafter on the 1st of every month until Defendant JESSICA JEAN ALDAN CASTRO's restitution, fine and cost of supervision obligations are paid in full.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

> U.S. District Court for the
>     Northern Mariana Islands
> 2nd Floor, Horiguchi Building
> Garapan
> P.O. Box 500687
> Saipan, MP 96950

IST IS FURTHER ORDERED that this garnishment may thereafter be terminated at the request of account holders, Frank C. Castro and Julie A. Castro.

DATED this 27TH day of September, 2006.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands