```
                                                          F I L E D
                                                             Clerk
                                                         District Court

                                                         FEB -9 2007

                                                   For The Northern Mariana Islands
                                                   By_____
                                                              (Deputy Clerk)
```

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND NMI

     I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **March 15, 2006**, as File number **06-631** is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Jessica Jean Aldan Castro          Address:  Saipan, MP 96950
        SSN:   XXX-XX-0986
        DOB:   XX-XX-1975

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands
   Court Number:   CR 05-00020

Amount of Judgment:   $11,120.00 Restitution + $10,000.00 Fine + $100.00 Special Assessment Fee + Costs of Supervision at the rate of $287.73 per month.

Place of filing:   NMI

     WITNESS my hand at Hagåtña, Guam, on this, the 8th day of February, 2007.

                                                     /s/ Marivic P. David
                                                   MARIVIC P. DAVID
                                                   Assistant U.S. Attorney
                                                   marivic.david@usdoj.gov