| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam  96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Jessica Aldan Castro**
USDC Cr. Cs. #05-00020-001
SS# XXX-XX-0986
DOB: XX-XX-1975
Height: 5 ft 5 in
Weight: 130 lbs.



DATE _____ June 22, 2007 _____

YOU ARE AUTHORIZED TO TRAVEL TO    **Alabang, Manila, Republic of the Philippines**

LEAVING    **June 23, 2007**    AND RETURNING    **June 27, 2007**

F I L E D
Clerk
District Court

JUN 22 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend to a family medical emergency.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.  ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while on travel status;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Saipan, Northern Mariana Islands, for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_____
MARGARITA DLG. WONENBERG
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

NAME    NA
ADDRESS

_____
The Honorable Alex R. Munson
Chief Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESSICA ALDAN CASTRO )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 05-00020-001<br><br>**REQUEST TO TRAVEL** |

  On December 29, 2005, Jessica Aldan Castro was sentenced by the Honorable Alex R. Munson, Chief Judge for District of the Northern Mariana Islands, for Theft from Organization or Agency Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). She was ordered to serve six months imprisonment followed by three years supervised release with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month as directed by the probation officer; refrain from possessing a firearm, destructive device, or other dangerous weapon or have such weapons at her residence; participate in a program approved by the U.S. Probation for substance abuse, which may include testing to determine whether she has reverted to the use of drugs or alcohol; the defendant shall make co-payment for the program at a rate to be determined by the U.S. Probation Office; refrain from the use of alcohol; seek and maintain employment; pay for the cost of supervision after release from imprisonment, at a rate of $287.73 per month; and pay a $10,000 fine; $11,120 in restitution; and a $100 special assessment fee. On July 28, 2006, the defendant was released from the custody of the Bureau of Prisons.

  On June 20, 2007, Ms. Castro submitted a request to travel to Manila, Republic of the Philippines, to attend to her brother who is under medical treatment at the Asia Pacific Hospital. While in the Philippines, she intends to stay in the hospital and attend to her brother. Ms. Castro will travel with her sister and will be on travel status from June 23, 2007 to June 27, 2997, when she will return to the Commonwealth of the Northern Mariana Islands.

Request to Travel
Re:   CASTRO, Jessica Aldan
USDC Cr. Cs. No. 05-00020-001
June 22, 2007
Page 2

Ms. Castro is in compliance with the conditions of her supervised release. She satisfied the special assessment fee of $100 on January 26, 2006; and the $10,000 fine and $11,120 in restitution on February 8, 2007. She is in Phase 3 of the Substance Abuse Treatment Program and it is anticipated that she will complete the program on August 28, 2007. Ms Castro has never tested presumptive positive for any illegal drugs and consistently tested negative for alcohol during scheduled and random drug and alcohol testing.

In light of Ms. Castro's compliance with her supervised release conditions and her brother's medical situation, this Officer supports her request to travel to the Republic of the Philippines.

                              Respectfully Submitted,

                              FRANK MICHAEL CRUZ
                              Chief U. S. Probation Officer

By:    *signature*
       MARGARITA DLG WONENBERG
       U. S. Probation Officer

Reviewed by:

*signature*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File