FILED
Clerk
District Court

JUN 22 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00020-001 |
| Plaintiff, | ) | |
| vs. | ) | APPLICATION AND ORDER FOR |
| | ) | RELEASE OF PASSPORT |
| JESSICA ALDAN CASTRO, | ) | |
| Defendant. | ) | |
| | ) | |

        COMES NOW, U.S. Probation Officer Margarita DLG. Wonenberg, in the above-captioned case and requests for the release of the passport held by the Court, U.S. Passport Number 121078013, which was a condition of pretrial release.  Defendant Jessica Aldan Castro needs her passport as a means to travel to the Philippines for a family matter.

        Dated this _____22nd_____ day of June 2007.


                                        _____
                                    FOR MARGARITA DLG. WONENBERG
                                        U.S. Probation Officer


## ORDER

        On the application of U.S. Probation Officer Margarita DLG. Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, to either Officer Wonenberg or Defendant Castro.

        Dated this _____22nd_____ day of June 2007.


                                        _____
                                        ALEX R. MUNSON
                                        Chief Judge
                                        District of the Northern Mariana Islands