

Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Date: 10/17/2007

**Report Level:**

Cdcs Nbr 2006A73269  Cdcs Seq 001  Name Last Castro   Name First Jessica Jean Aidan   Court Nbr CR-05-00020   Priority Code 003  Curr Liability $ 0.00

**Payments:**

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 PMNT | | 01/03/2006 | CL | A | 7767 | | 9284681965 | | 01/26/2006 | $ | 100.00 | 21,120.00 |
| 0004 PMNT | | 06/13/2006 | CB | A | CASTRO, JESSICA JEAN | | | 111 06-091 | 07/06/2006 | $ | 25.00 | 21,476.82 |
| 0005 PMNT | | 10/11/2006 | GC | H | 08326 | | 0932713 | | 10/12/2006 | $ | 100.00 | 21,679.89 |
| 0006 PMNT | | 11/09/2006 | GC | H | 08367 | | 09328968 | | 11/13/2006 | $ | 100.00 | 21,652.79 |
| 0007 PMNT | | 12/12/2006 | GC | H | 08421 | | 09331506 | | 12/12/2006 | $ | 100.00 | 21,635.35 |
| 0008 PMNT | | 01/10/2007 | GC | H | 08473 | | 09334269 | | 01/11/2007 | $ | 100.00 | 21,607.55 |
| 0009 PMNT | | 02/08/2007 | GC | H | 08518 | | 09355176 | | 02/08/2007 | $ | 100.00 | 21,579.40 |
| 0010 PMNT | | 02/08/2007 | CL | A | 08519 | | 7902612 | | 02/08/2007 | $ | 21,579.40 | 0.00 |

Total:  $ 22,204.40

**Reversals**

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

Total:



Single Liability Payment History
United States Department of Justice
Consolidated Debt Collection System

Report Date: 10/17/2007

Report Level:

Cdcs Nbr 2006A73270  Cdcs Seq 001  Name Last Castro  Name First Jessica Jean Aldan  Court Nbr CR-05-00020  Priority Code 03 Curr Liability $ 9,455.80

**Payments:**

| Seq Financ | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 PMNT |  | 02/08/2007 | CL | A | 08519 |  | 7902612 |  | 02/08/2007 | $ | 102.48 | 10,255.80 |
| 0004 PMNT |  | 03/09/2007 | GC | H | 08555 |  | 09357957 |  | 03/12/2007 | $ | 100.00 | 10,155.80 |
| 0005 PMNT |  | 04/10/2007 | GC | H | 08612 |  | 51830055 |  | 04/12/2007 | $ | 100.00 | 10,055.80 |
| 0006 PMNT |  | 05/10/2007 | GC | H | 08653 |  | 09363042 |  | 05/11/2007 | $ | 100.00 | 9,955.80 |
| 0007 PMNT |  | 06/08/2007 | GC | H | 08697 |  | 0995689 |  | 06/11/2007 | $ | 100.00 | 9,855.80 |
| 0008 PMNT |  | 07/06/2007 | GC | H | 08753 |  | 09660003 |  | 07/10/2007 | $ | 100.00 | 9,755.80 |
| 0009 PMNT |  | 08/10/2007 | GC | H | 08805 |  | 10268316 |  | 08/16/2007 | $ | 100.00 | 9,655.80 |
| 0010 PMNT |  | 09/10/2007 | GC | H | 08848 |  | 1027221 |  | 09/11/2007 | $ | 100.00 | 9,555.80 |
| 000012 PMNT |  | 10/09/2007 | GC | H | 08918 |  | 10274832 |  | 10/10/2007 | $ | 100.00 | 9,455.80 |
| Total: |  |  |  |  |  |  |  |  |  | $ | 902.48 |  |

**Reversals**

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount | Run Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: |  |  |  |  |  |  |  |  |  |  |  |