1   **CASTRO_J.svc2**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:   (671) 472-7332
6   FAX:   (671) 472-7215

7   Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11
    UNITED STATES OF AMERICA,          )     CRIMINAL CASE NO. 05-00020
12                                     )
                 Plaintiff,            )
13                                     )
           vs.                         )     **CERTIFICATE OF SERVICE**
14                                     )
    JESSICA JEAN ALDAN CASTRO,         )
15                                     )
                 Defendant,            )
16   ──────────────────────────────────)
                                       )
17   FIRST HAWAIIAN BANK,              )
                                       )
18               Garnishee.            )
     ──────────────────────────────────)
19

20         I hereby certify that on **October 18, 2007**, I electronically filed the following: **Annual**

21   **Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was

22   sent to the defendant, account holders and garnishee by mail on **October 19, 2007**.

23

24                                      LEONARDO M. RAPADAS
                                        United States Attorney
25                                      Districts of Guam and the NMI

26   DATED: 10/19/07              By:    /s/ Marivic P. David
27                                      MARIVIC P. DAVID
                                        Assistant U.S. Attorney
28                                      marivic.david@usdoj.gov