| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>**U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992** |



**CASTRO, Jessica J. A.**
**USDC Cr. Cs. 05-00020-001**
**DOB: XX-XX-1975**
**SSN: XXX-XX-0986**

DATE _____ April 23, 2008 _____

Clerk
District Court

APR 2 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO _____ **Honolulu, Hawaii** _____

LEAVING _____ April 23, 2008 _____ AND RETURNING _____ Until medically cleared _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1.  You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.**

**2.  You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.**

**3.  Should you need to extend your travel period due to medical reasons, contact your probation officer at (670) 236-2989.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

**Melinda N. Brunson**
UNITED STATES PROBATION OFFICER

NAME _____

ADDRESS _____

_____

_____

☒ APPROVED        ☐ DISAPPROVED

**HONORABLE ALEX R. MUNSON**
**CHIEF JUDGE**
**U.S. DISTRICT COURT OF THE NORTHERN**
**MARIANAS ISLANDS**

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00020-001 |
| Plaintiff ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| Jessica J.A. Castro, ) | |
| Defendant ) | |

On December 30, 2005, Jessica Jean Aldan Castro was sentenced in the U.S. District Court for the Northern Mariana Islands for the offense of Theft from Organization or Agency Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A). She was sentenced to six months imprisonment and three years of supervised release with the following conditions: that she not commit another federal, state, or local crime; that she not unlawfully possess a controlled substance and refrain from the unlawful use of a controlled substance; she shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the U.S. Probation Office; that she submit to the collection of a DNA sample at the direction of the U.S. Probation Office; that she comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. § 3563; that she be prohibited from possessing a firearm or other dangerous weapon or have such weapon at her residence; that she participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether she has reverted to the use of drugs or alcohol; she shall make a co-payment for the program at a rate to be determined by the U.S. Probation Office; she shall refrain from the use of alcohol; she shall seek and maintain gainful employment; and she shall pay the cost of her supervision, after release from imprisonment, at the rate of $287.73 per month. Additionally, she was ordered to pay a $100 special assessment fee, and $10,000 fine, and $11,120 in restitution to the CNMI Department of Finance.

Ms. Castro was released from the Bureau of Prisons on July 28, 2006, and has been under supervised release since. She is scheduled to terminate from supervised release on July 27, 2009.

Re:   CASTRO, Jessica J.A.
USDC Cr. Cs. No. 05-00020-001
April 23, 2008
Page 2

    Ms. Castro is in full compliance with her conditions of release. On January 3, 2006, she paid her $100 special assessment fee. On February 8, 2007, she paid her fine and restitution in full. She completed her there mandatory drug tests on October 19, 2006 and completed the year-long drug treatment and testing program on August 28, 2007. Her DNA was collected by the Bureau of Prisons on May 10, 2006. On April 1, 2008, she was hired by Century Insurance, however, the status of her employment is in limbo due to her present medical problems.

    On April 15, 2008, Ms. Castro, who is seven months pregnant, was admitted to the Commonwealth Health Center (CHC). CHC has referred Ms. Castro to Kapiolani Medical Center in Honolulu, Hawaii for the duration of her pregnancy and birth of her child. She will be required to remain in Hawaii until at least June 23, 2008. She will be traveling with a CHC nurse and her significant partner, Mr. Jesse Domingo, through Japan to Hawaii on April 23, 2008.

    In light of Ms. Castro's present situation and her compliance with her supervised release conditions, this Officer supports her request for travel and seeks the Court's approval to allow her travel to Honolulu, Hawaii.

    RESPECTFULLY submitted this _23rd_ day of April 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:

MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File